B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, **John P. Goetz**, certify that service of this summons and a copy of the complaint was made **1/17/23** by:

☑  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**U.S. DEPARTMENT OF EDUCATION,**
**Attn: Dr. Miguel Cardona, Secretary of Education**
**400 Maryland Avenue, SW**
**Washington, DC 20202**

**Office of the Attorney General**
**Attn: Merrick Garland, Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**

**United States Attorney's Office for the**
**Western District of Virginia**
**Attn: Christopher R. Kavanaugh, U.S. Attorney**
**P.O. Box 1709**
**Roanoke, VA 24008-1709**

**Great Lakes**
**Student Loan Servicer**
**P.O. Box 7860**
**Madison, WI 53707.7860**

☐  Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of __, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. Under penalty of perjury, I declare that the foregoing is true and correct.

Date: **January 17, 2023**    Signature  **/s/ John P. Goetz**
John P. Goetz, VSB #78514
James M. McMinn, VSB #84728
John Goetz Law, PLC
86 W. Shirley Avenue
Warrenton, VA 20186
T: (540) 359-6605
F: (540) 359-6610
docs@johngoetzlaw.com
Counsel for Debtor/Plaintiff